Wardle *v.* Miller (et al., Appellant).

Argued November 12, 1953. Before STERN, C. J., STEARNE, JONES, BELL, CHIDSEY, MUSMANNO and ARNOLD, JJ.

*Lynn L. Detweiler,* with him *Swartz, Campbell & Henry,* for appellant.

*Maurice Freedman,* with him *Robert H. Arronson* and *Herbert H. Hadra,* for appellees.

OPINION PER CURIAM, January 4, 1954:

The question in this case is whether the court could say, as a matter of law, that the notice by an insured

of an accident inflicting injury upon another was given to the liability insurer "as soon as practicable" as required by the policy. The material facts were undisputed. Hence, the question involved was necessarily one of law for the court to decide. The opinion of Judge FLOOD fully justifies the affirmative answer given for the court below.

Judgment affirmed.